**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT GREENEVILLE**

| | | |
|---|---|---|
| MICHAEL HAGY, JR., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No. 2:25-CV-00034 |
| | * | |
| SULLIVAN COUNTY, TENNESSEE, | * | |
| JOHN DOE I-111 AND JANE DOE | * | |
| | * | |
| Defendants. | * | |

**STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Come Defendants, Sullivan County, Tennessee, John Doe I-III and Jane Doe ("Defendants"), by and through their counsel, and submit this Statement of Material Facts in support of their Motion for Summary Judgment.

1) Plaintiff Michael Hagy, Jr. (hereinafter "Plaintiff") was arrested and incarcerated at the Sullivan County Jail on February 13, 2024. (Complaint, ¶ 9); (Exhibit A, ¶ 6).

2) In the early morning hours of February 14, 2024, Mr. Hagy was involved in a violent altercation with another inmate in the "Annex" while getting breakfast. (Complaint, ¶ 10); (Exhibit A, ¶ 7).

3) During the violent altercation, Mr. Hagy was struck in the facial region. (Complaint, ¶¶ 10 – 11).

4) Mr. Hagy was escorted by an officer from the Annex to the main portion of the jail so Mr. Hagy could receive medical treatment. (Complaint, ¶ 14); (Exhibit A, ¶ 7).

5) The Plaintiff alleges that an officer struck him in the face while walking toward the

"booking" area.[1] (Complaint, ¶ 21).

6) Mr. Hagy was placed in medical observation for twenty-four (24) hours and neurological assessments were ordered. (Exhibit A, ¶ 8).

7) Mr. Hagy was evaluated by medical providers and an order for an x-ray was placed, which was performed on February 16, 2024. (Exhibit A, ¶ 9).

8) The results of the x-ray were negative for acute fractures in the mandible and facial bones. (Exhibit A, ¶ 10).

9) The Plaintiff remained incarcerated at Sullivan County Jail until March 22, 2024. (Complaint, ¶ 41).

10) The Sullivan County Jail has an Inmate Grievance Procedure. (Exhibit B).

11) As described in Section II. of the Inmate Greivance Procedure,

> It is the policy of the Facility to provide inmates an internal grievance procedure for resolving complaints arising from facility matters. So as to reduce the need for litigation and afford staff the opportunity to improve the facility operations.

(Exhibit B).

12) Additionally, Section III. D. in the Inmate Grievance Procedure provides that inmates may file a grievance for any "prohibited act conducted by an officer." (Exhibit B).

13) During Mr. Hagy's incarceration, Mr. Hagy filed one grievance, which related to visitation. (Exhibit A, ¶ 15); (Exhibit C).

14) Mr. Hagy never filed a grievance concerning any altercation with an officer while incarcerated. (Exhibit A, ¶ 16).

15) Mr. Hagy never filed a grievance complaining of lack of medical treatment.

---

[1] The Defendants are not admitting this allegation, but simply restate the allegation as made in the Plaintiff's Complaint herein.

(Exhibit A, ¶ 17).

16) Mr. Hagy never filed a grievance complaining of any of the allegations included in the Complaint. (Exhibit A, ¶ 18).

17) Mr. Hagy failed to exhaust the administrative remedies that were available to him during his incarceration at the Sullivan County Jail. (Exhibit A, ¶ 19).

Respectfully submitted,

SULLIVAN COUNTY, TENNESSEE,
JOHN DOE I – III, AND JANE DOE

By *s/ Jimmie C. Miller*
Jimmie C. Miller, BPR No. 009756
Meredith B. Humbert BPR No. 024512
Sydney B. Gilbert, BPR No. 036022
P.O. Box 3740
Kingsport, TN 37664
(423) 378-8852
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of April 2025, a copy of the foregoing STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT was filed electronically using the Court's ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

HUNTER, SMITH & DAVIS, LLP

By *s/ Jimmie C. Miller*
Jimmie C. Miller